AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

PARIS E. MCKNIGHT

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __October 26, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __SPECIAL AGENT JOHN NAGASHIMA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT JOHN NAGASHIMA**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                                       City and State

_____        _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

**STATEMENT OF FACTS**

On October 26, 2006, 2007, an confidential informant , working with members of the FBI's Safe Streets Task Force went to the defendant's home located at xxx Xxxxxx Xxxxxx, X.X., Xxxxxxxxxx, X.X. to purchase 62 grams or crack cocaine from the defendant, Paris McKnight. Once inside the premises, the CI gave the defendant approximately $1,750.00 for the crack cocaine. Once the defendant received the money, he went into the kitchen of the home and started processing the crack cocaine from powder cocaine. After the defendant finished processing the crack cocaine he gave the CI the crack, and the CI left the premises. The CI gave agents a clear plastic wrapped bundle of white rock-like substance. A portion of the white rock-like substance field tested positive for cocaine. The approximate weight of the white rock-like substance was 72 grams.

On March 13, 2007, members of the FBI Safe Streets Task Force executed a U.S. District Court search warrant at the above location and recovered approximately 17 grams of a white rock-like substance, approximately 140 grams of a white powder substance, two digital scales with a white powder residue, a clear glass pirex measuring cup with a white rock-like residue, numerous items of drug paraphernalia, a 300 gram measuring weight with white powder residue, a craftsmans tool with white powder residue, numerous plastic bags with white powder residue, numerous documents in the defendant's name. Also recovered from the home was $5,717.00 in U.S. Currency, a loaded Titan .25 caliber semi-automatic pistol. A portion of the white powder substance field tested positive for HCL, and portion of the white rock-like substance field tested positive for cocaine base. The defendant was placed under arrest.

_____
SPECIAL AGENT JOHN NAGASHIMA
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME
ON THE \_\_\_\_\_ DAY OF MARCH, 2007.

_____
U.S. MAGISTRATE JUDGE