UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MAGISTRATE NO. 07-091M** |
| | : | |
| v. | : | |
| | : | |
| **PARIS MCKNIGHT,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney William Woodruff, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

BY: _____
WILLIAM WOODRUFF
Assistant United States Attorney
Federal Major Crimes , Bar No. 481-039
555 4th Street, NW,  Room 4840
Washington, DC 20530
202-307-6080
William.Woodruff@usdoj.gov